IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE PETERS,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, JEAN STOTHERT, Mayor, in her official and individual capacities; and DEBORAH SANDER, in her official and individual capacities,<br><br>          Defendants. | 8:23CV493<br><br>**JUDGMENT AS TO PLAINTIFF'S RETALIATION CLAIMS** |

      This matter came before the Court on Defendants' Rule 54(b) Motion for Entry of Final Judgment as to Plaintiff's Retaliation Claims, Filing 56. The Court certifies pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason to delay appeal of its May 1, 2025, dismissal of Peters's retaliation claims pursuant to Title VII of the Civil Rights Act of 1964 and the Nebraska Fair Employment Practice Act (NFEPA) against the City in Claim IV of her Second Amended Complaint, as stated in the Court's Memorandum and Order Regarding Defendants' Motion to Dismiss in Part, Filing 47 at 33. Accordingly,

      IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's retaliation claims in Count IV of Plaintiff's Second Amended Complaint.

      Dated this 17th day of October, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge