IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE PETERS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, JEAN STOTHERT, Mayor, in her official and individual capacities; and DEBORAH SANDER, in her official and individual capacities;<br><br>        Defendants. | **8:23CV493**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before February 9, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 8th day of January, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge