IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE PETERS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF OMAHA, JEAN STOTHERT, Mayor, in her official and individual capacities; and DEBORAH SANDER, in her official and individual capacities.<br><br>　　　　　Defendants. | 8:23CV493<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

　　　This case is before the Court on the parties' Joint Stipulation for Dismissal signed by counsel for all parties. Filing 77. The parties stipulate to dismissal of this case with prejudice, with each party to bear its own costs and fees. Filing 77 at 1. Accordingly,

　　　IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 77, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs and fees.

　　　Dated this 11th day of February, 2026.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　United States District Judge

1